**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Diondre Watkins
# 266-662
L.C.I.
P.O. Box 56
Lebanon, OH. 45036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _[signature]_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): _[illegible]_

C. Date of Delivery: 9-30-03

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

7002 0860 0006 5229 4407

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835