IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:  Cases Referred to                                :
        Magistrate Judge Jack Sherman, Jr.    :    Case Number:  1:01cv471
                                                         :

ORDER

The above case is hereby transferred from the docket of Magistrate Judge Jack Sherman, Jr. to the docket of Magistrate Judge Susan M Novotny.

IT IS SO ORDERED.

                                ___s/Susan J. Dlott_____
                                Susan J. Dlott
                                United States District Judge