| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  [signature]   ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): B Leno   C. Date of Delivery: 12/12/03 |
| 1. Article Addressed to:<br>Diondre Watkins<br>#266-662<br>Lebanon Corr. Inst.<br>P.O. Box 56<br>Lebanon, OH. 45036 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0860 0000 1408 6404 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835